No. 11–8017/AR. In re Staff Sergeant Daniel Gaskins, United States Army, Petitioner v. Colonel John B. Hoffman, Colonel David L. Conn, Colonel Mark L. Johnson, Colonel Theresa A. Gallagher, Colonel Eugene E. Baime, and Lieutenant Colonel Paulette V. Burton, United States Army, Respondents. CCA 20080132. On consideration of Petitioner's motion to stay the proceedings of the sentence hearing

38

authorized by the United States Army Court of Criminal Appeals, it is ordered that said motion is hereby granted pending further order of the Court.